February 12, 2010

Ms. Angela Moore
Bexar County Chief Public Defender
410 S. Main Ave., Suite 214
San Antonio, TX 78204
Ms. Crystal D. Chandler
Asst. Criminal District Atty.
Bexar County Criminal District Atty's Office
300 Dolorosa, Suite 4026
San Antonio, TX 78205-3030

RE: Case Number: 09-0343
 Court of Appeals Number: 08-07-00100-CV
 Trial Court Number: 2006-JUV-03111

Style: IN THE MATTER OF R.D., A JUVENILE

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Ms. Denise Pacheco |